FILED

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5:26 CR 0 0 2 3 4** |
| v. | ) | CASE NO._____ |
| EVAN MICHAEL MAYLE, | ) | Title 18, United States Code, |
| NICHOLAS ERIC JONES, | ) | Sections 922(g)(1), 924(a)(8), and |
| | ) | 924(c)(1)(A)(i); |
| Defendants. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(A), and |
| | ) | 846 |

**JUDGE FLEMING**

COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine and
Cocaine, 21 U.S.C. § 846)

The Grand Jury charges:

1.     From on or about December 1, 2024, through on or about March 31, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants EVAN MICHAEL MAYLE and NICHOLAS ERIC JONES, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute 5 kilograms of more of a  mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 United States Code Section 841(a)(1), (b)(1)(A) and 846.

2.      Before Defendant EVAN MICHAEL MAYLE committed the offense charged in this count, the defendant had a final conviction for a serious drug felony, namely, a conviction pursuant to Ohio Revised Code section 2925.03(A)(2), Trafficking Cocaine, in case number 2017CR1363, in the Court of Common Pleas of Stark County, Ohio, on or about November 28, 2017, for which he served more than 12 months imprisonment, and for which he was released from any term of imprisonment within 15 years of the commencement of the offense charged in this count.

COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3.      From on or about November 22, 2025, to on or about March 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant EVAN MICHAEL MAYLE did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine and Cocaine, as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 3
(Possession of Firearms in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4.      From on or about November 22, 2025, to on or about March 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant NICHOLAS ERIC JONES did knowingly possess firearms, to wit: a Smith and Wesson M&P 15-22, .22 caliber rifle bearing serial number HCK2402; a Century Arms Draco, 9mm caliber pistol bearing serial number RON2212950; a

2

Smith and Wesson M&P 15, 5.56 caliber rifle bearing serial number TM22790; an American Tactical Alpha Maxx, 5.56 caliber AR pistol bearing serial number NX078002; a Radical Firearms LLC RF-15, 5.56 caliber rifle bearing serial number 23-088944; a Diamondback Firearms DB9, 9mm caliber pistol bearing serial number YM7605; a Springfield XD9, 9mm caliber pistol bearing serial number GM953810; and a Glock 17 Gen 5, 9mm caliber pistol bearing serial number BVBU754, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that being Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine and Cocaine, as charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 4

(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about March 20, 2026, in the Northern District of Ohio, Eastern Division, Defendant NICHOLAS ERIC JONES, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Trafficking in Drugs and Aggravated Possession of Drugs, on or about June 25, 2009, in case number 2009CR0492, in the Court of Common Pleas of Stark County, Ohio, knowingly possessed in and affecting interstate commerce firearms, to wit: a Smith and Wesson M&P 15-22, .22 caliber rifle bearing serial number HCK2402; a Century Arms Draco, 9mm caliber pistol bearing serial number RON2212950; a Smith and Wesson M&P 15, 5.56 caliber rifle bearing serial number TM22790; an American Tactical Alpha Maxx, 5.56 caliber AR pistol bearing serial number NX078002; a Radical Firearms LLC RF-15, 5.56 caliber rifle bearing serial number 23-088944; a Diamondback Firearms DB9, 9mm caliber pistol bearing serial number YM7605; a Springfield XD9, 9mm caliber pistol bearing serial number GM953810; a Glock 17 Gen 5, 9mm caliber pistol bearing serial number BVBU754; and ammunition, said firearms and ammunition having been shipped and transported in

3

interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

6.      The allegations contained in Counts 1 through 4 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 (drug offenses) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offenses). As a result of the foregoing offenses, Defendants EVAN MICHAEL MAYLE and NICHOLAS ERIC JONES shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of their property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and, all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein; including, but not limited to, the following:

A.     $14,170.00 in U.S. Currency seized from EVAN MAYLE;

B.     $11,870.00 in U.S. Currency seized from NICHOLAS JONES;

C.     The following firearms seized from NICHOLAS JONES:

     i.     Smith and Wesson M&P 15-22, .22 caliber rifle bearing serial number HCK2402;

     ii.     Century Arms Draco, 9mm caliber pistol bearing serial number RON2212950;

     iii.     Smith and Wesson M&P 15, 5.56 caliber rifle bearing serial number TM22790;

     iv.     American Tactical Alpha Maxx, 5.56 caliber AR pistol bearing serial number NX078002;

4

v.      Radical Firearms LLC RF-15, 5.56 caliber rifle bearing serial number 23-088944;

vii.    Diamondback Firearms DB9, 9mm caliber pistol bearing serial number YM7605;

viii.   Springfield XD9, 9mm caliber pistol bearing serial number GM953810; and

ix.     Glock 17 Gen 5, 9mm caliber pistol bearing serial number BVBU754.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

5